UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
http://www.flmb.uscourts.gov/

FILED TAMPA DIVISION
USBC MIDDLE DIST OF FL

2022 MAR 31  PM 3: 36

In re:

Robin T [handwritten, struck through original]
Eric Zausner

Case No.:
Chapter 7

Debtor.
_____/

**EMERGENCY REQUEST FOR HEARING TO ENFORCE
AUTOMATIC STAY AND MOTION FOR PROTECTIVE ORDER**

Eric Zausner (the "Debtor"), and pursuant to 11 U.S.C. §§ 362(a), 362(c), and 362(k), files this Emergency Request for Hearing to Enforce Automatic Stay and Motion for Protective Order (this "Motion"), and in support thereof, states the following:

1. The Debtor is the ~~sole owner and member of her business Mane Attraction Weaving Studio, (the "Business")~~. ARE RES. DENTS OF 16012 IRIS LAKE DR TAMPA FL 33617

2. On ~~Ja~~ MARCH 27, 5 DAYS AFTER STAY WENT INTO EFFECT LOCAL JUDGE ISSUED WRIT OF POSSESSION IN VIOLATION OF STAY.

**WHEREFORE**, Debtor requests that this Court:

1. GRANT this Emergency Request for Hearing to Enforce Automatic Stay and Motion for Protective Order for willful violation of the Bankruptcy Code;

2. Demand that the Debtor's landlord discontinue violating the automatic stay during the pendency of the Debtor's bankruptcy case.

3. and any other relief this Court deems just and proper.

FILED TAMPA DIVISION
USBC MIDDLE DIST OF FL
2022 MAR 31  PM 3:36

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, a true and correct copy of the foregoing Emergency Verified Motion to Enforce Automatic Stay and Request for Damages, Fees, and Costs was furnished by US Mail and/or electronic mail via CM/ECF pursuant to Local Rule 9013-1 to:

/s/ William J. Kopp, Esq.
William J. Kopp, Esq.

Eric Zasnta, Pro Se